# ELECTRONIC RECORD

COA # 12-14-00189-CR          OFFENSE: 30.02F

STYLE: Tracy Ray Hass v. The State of Texas          COUNTY: Grayson

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 59th District Court

DATE: 5/29/2015          Publish: NO     TC CASE #:     061728

# IN THE COURT OF CRIMINAL APPEALS

STYLE:     Tracy Ray Hass v. The State of Texas          CCA #:     810-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_Refused_          JUDGE: _____

DATE: _Nov. 4, 2015_          SIGNED: _____     PC: _____

JUDGE: _Pc_          PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD